# United States Bankruptcy Court
## District of Nevada

Bankruptcy Case Number <u>11−10976−mkn</u>
Adversary Case Number <u>11−01127−mkn</u>

In re:
    ASHOK EM SUDHAKAR ,
                Debtor(s)

THE TRUSTEES OF THE LABORERS HEALTH
AND WELFARE TRUST FUND FOR NORTHERN
CALIFORNIA, et al
                Plaintiff(s)

ASHOK EM SUDHAKAR, et al
                Defendant(s)

Summons Issued To: <u>ASHOK EM SUDHAKAR</u>

## SUMMONS AND NOTICE OF SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of the Clerk: |
|---|
| Clerk, U.S. Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: |
|---|
| KRISTINA L. HILLMAN C/O CHRISTIAN RAISNER/WEINBER ROGER<br>1001 MARINA VILLAGER PKWY, #200<br>ALAMEDA, CA 94501 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**YOU ARE NOTIFIED** that a scheduling conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Courtroom Address: |
| --- |
| Courtroom 2 , 300 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br><br>Date:   8/25/2011     Time:   10:00 AM |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 5/3/11

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court

# CERTIFICATE OF SERVICE

## COMPLAINT, SUMMONS, STANDARD DISCOVERY PLAN AND SCHEDULING ORDER PACKET

Bankruptcy Case Number 11-10976-mkn
Adversary Case Number 11-01127-mkn

In re:
ASHOK EM SUDHAKAR ,
               Debtor(s)

THE TRUSTEES OF THE LABORERS HEALTH
AND WELFARE TRUST FUND FOR NORTHERN
CALIFORNIA, et al
               Plaintiff(s)

ASHOK EM SUDHAKAR, et al
               Defendant(s)

Hearing Date:    08/25/2011
Hearing Time:    10:00 AM

I, __Mariavida Lewis__, certify that I am, and at all times during the service of process, was
    (name)
not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on __May 5, 2011__ by:
    (date)

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows:
(Describe briefly)                                                                                                                           (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: __May 5, 2011__                                         Signature: *Mariavida Lewis*

Print Name: __Mariavida Lewis__
Business Address: __1001 Marina Village Parkway, Suite 200__
City: __Alameda__       State: __CA__       Zip: __94501-1091__